UNITED STATES DISTRICT COURT
DISTRICT OF MONTANA
BUTTE DIVISION

| | |
|---|---|
| RICHARD WAYNE SPARKS,<br><br>                Plaintiff,<br><br>vs.<br><br>LACIE WILLIAMS, MARK JOHNSON, ED LESTER, PATRICK SULLIVAN, ANDYODNEY, WALTER JOHNSON, MIKE REGAN, CAMERAN GARDIPEE, ANGEL HOUSE, JOHNSESTRICH, KATHY FOLIO, LACEY DOWNEY, TAMMY SHEA, RILEY VAUGHN, JAMI TREGEAR, AUSTAN BOSCH, JOSH ROBINSON, JOREY THATCHER, SHELLEY MCDONALD, AND JOHN GARDIPEE ,<br><br>                Defendant. | Case No. CV-21-20 -BU-BMM<br><br>JUDGMENT IN A CIVIL CASE |

    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

  **X**    **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record.  A decision has been rendered.

      IT IS ORDERED AND ADJUDGED IT IS ORDERED that Defendants'

cross-motion for summary judgment (Doc. 82) is GRANTED and Sparks' motion for summary judgment (Doc. 74) is DENIED. IT IS FURTHER ORDERED that Sparks' Notice of Newly Discovered Evidence (Doc. 68), construed as a motion for judicial notice, is DENIED. IT IS FURTHER ORDERED that Sparks' remaining motions (Docs. 73, 81, and 91) are DENIED as MOOT.

Dated this 14th day of July, 2022.

TYLER P. GILMAN, CLERK

By: /s/ Kelsey Hanning
Kelsey Hanning, Deputy Clerk